**No. 59335.**—Roure Dupont Mfg., Inc. *v.* United States, protests 176764–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cedarwood oil, a distilled or essential oil, not provided for by name in the tariff act, and is not a mixture or combination containing essential or distilled oils, or natural or synthetic odoriferous or aromatic substances, the claim of the plaintiff was sustained.

**No. 59336.**—Central Vermont Railway, Inc. *v.* United States, protest 197834–K (St. Albans).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of lumber similar in all material respects to that the subject of *Central Vermont Railway, Inc.* v. *United States* (31 Cust. Ct. 160, C. D. 1563), the claim of the plaintiff was sustained.